IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC N. BERTRAM,

    Petitioner,

v.

DANIEL SPROUL,

    Respondent.

Case No. 23-CV-02198-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 1, 2024 (Doc. 16), this action is **DISMISSED with prejudice**.

**DATED: February 1, 2024**

                                  MONICA A. STUMP,
                                  Clerk of Court


                                By: *s/ Jackie Muckensturm*
                                        Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge